



★  ★  ★                                              ★  ★  ★

# MEMORANDUM OPINION

Nos. 04-10-00151-CR & 04-10-00152-CR

Antonio **MCDANIEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2008CR3699W & 2008CR3700W
Honorable Stephen Williams, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Antonio McDaniel filed notices of appeal seeking to appeal from sentences imposed in the underlying causes on August 1, 2008. The judgments were in accordance with McDaniel's plea bargain agreements, and the records do not contain trial court's certifications showing McDaniel has the right of appeal. Accordingly, the appeals are dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH